# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-2724
_____

MARCUS DEANGELO SLAUGHTER,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.


March 20, 2024


PER CURIAM.

The Court dismisses the petition for writ of mandamus as moot. *See Farrior v. State*, 343 So. 3d 159, 160 (Fla. 1st DCA 2022) (dismissing the petition for writ of mandamus as moot where the trial court had given the petitioner a ruling on the pending pleading below).

BILBREY, M.K. THOMAS, and LONG, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————

Marcus Deangelo Slaughter, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.